**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Glazebrook**

          Plaintiff

                                                  CIVIL ACTION

    V.

                                                  NO. 21-10181-FDS

**Chobani, LLC**

          Defendant

**ORDER OF DISMISSAL**

Saylor, C.J.

    In accordance with the Court's Memorandum and Order dated August 1, 2022 it is hereby ORDERED that this action is hereby DISMISSED.

                                                  By the Court,

8/1/2022                                     /s/ Flaviana de Oliveira
   Date                                             Deputy Clerk